# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                                                    **Case No. 13-CR-54**

**DANTE L. GRAF,**

    Defendant.

## DECISION AND ORDER

Defendant Dante Graf (Graf) motions this Court to allow him to withdraw the guilty plea that he entered on September 26, 2013.

The core of Graf's motion is the fact that before he pled guilty his attorney, Elizabeth Fernandez, never demanded of the government that it disclose the identity of the confidential informant who was working under the control of U. S. Secret Service agents and was the transactional witness for the two controlled buys of counterfeit money offered by Graf.

Because the Defendant has not offered any reasons, much less any just reasons, why the disclosure of the confidential informant would have substantially altered the course of his case or the factual scenario to which Graf admitted his guilt, his request to withdraw his guilty plea will be denied because it is not based on a "fair and just reason." Fed. R. Crim. P.

11(d)(2)(B).

**IT IS HEREBY ORDERED THAT:**

Graf's motion to withdraw his guilty plea (ECF No. 29) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 25th day of March, 2015.

                      **BY THE COURT:**

                      _____
                      **HON. RUDOLPH T. RANDA**
                      **U.S. District Judge**